UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRIET L. DAVIS,<br><br>       Plaintiff,<br><br> -against-<br><br>MARC F. STEWART, et al.,<br><br>       Defendants. | 24-CV-7897 (DEH) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On October 11, 2024 Plaintiff, who is proceeding without counsel ("pro se"), filed her complaint ("Complaint") against Defendants Marc F. Stewart and Benjamin O. Stewart (*See* ECF 1.) On October 24, 2024, Plaintiff paid the $405 filing fee. (*See* Docket, Pro Se Payment of Fee Processed.) By Order of Reference dated December 6, 2024, Judge Dale E. Ho referred this case to me for general pretrial supervision and any dispositive motions. (*See ECF* 5.) On December 10, 2024, Plaintiff submitted a letter dated November 20, 2024, which letter was entered on the docket on December 16, 2024. (*See* ECF 6, Letter.) Plaintiff's letter requests that the Court advise her of "the next step to serve [Defendants]." (*See id.* at 1.)

  For technical or procedural questions about her case, Plaintiff may contact the Court's Pro Se Intake Unit at 212-805-0175 on weekdays between 8:30 a.m. and 5:00 p.m. (except on federal holidays). If Plaintiff seeks legal advice, she may contact the City Bar Justice Center's Pro Se Law Clinic ("Clinic"), which assists many pro se parties in federal civil cases in this District. The Clinic may be able to provide Plaintiff with advice in connection with her case. The Clinic is run by an organization called the City Bar Justice Center; it is not part of or run by the Court.

Litigants may contact the City Bar Justice Center by going to

https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ and

completing the City Bar Justice Center's intake form for the Southern District of New York.

DATED:   December18, 2024
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge