UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRIET L. DAVIS,<br><br>      Plaintiff,<br><br>-against-<br><br>MARC F. STEWART,<br><br>      Defendant. | 24-CV-07897 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A telephonic conference is scheduled for **Wednesday, January 22, 2025 at 10:00 am.** Plaintiff is directed to join the conference at the scheduled time by dialing (646) 453-4442, Access Code: 581 931 467#.

DATED: January 10, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge