UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARRIET L. DAVIS,

                    Plaintiff,

    -against-

MARC F. STEWART, et al.,

                  Defendants.

24cv07897 (DEH) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Plaintiff's opposition to Defendant Benjamin Stewart's motion to dismiss is due by **May 21, 2025.** Defendant Benjamin Stewart's reply in further support of his motion to dismiss is due by **June 6, 2025.**

DATED:  April 23, 2025
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge