UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRIET L. DAVIS,

                Plaintiff,

-against-

MARC F. STEWART,

                Defendant.

24-CV-07897 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    A telephonic conference is scheduled for **Friday, June 6, 2025 at 10:30 a.m.** The parties should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 130 911 963#.

DATED: May 29, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge